**Peter M. DERANIA, dba Derania
Aquaculture, Plaintiff—
Appellant,**

v.

**Thomas HANNIGAN, Director of the
California Department of Water Resources, Defendant—Appellee.**

**No. 02–35317.
D.C. No. CV–01–00724–GMK.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 10, 2003.*

Decided Feb. 19, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

### MEMORANDUM**

Peter M. Derania appeals pro se the judgment of the district court dismissing his water rights action for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue. Derania further appeals the denial of his post-judgment motion to amend and supplement the findings.[1] We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

In his reply brief, Derania concedes that appellee's arguments in support of affirmance are convincing. We agree. The district court's dismissal for lack of jurisdiction will not operate as a bar to adjudication of the merits by a court of competent jurisdiction. *See* Fed.R.Civ.P. 41(b).

Because the district court properly dismissed the action for lack of personal jurisdiction, neither the district court nor this court has the authority to consider the merits of Derania's action.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Derania's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. We have jurisdiction over both the underlying judgment and the order denying the post-judgment motion because Derania filed his post-judgment motion within 10 court days of the entry of judgment. *See* Fed. R.App. P. 4(a)(4)(A)(ii); Fed.R.Civ.P. 6(a).

